OPINION — AG — **** COUNTY EMPLOYEE — RETIRED — DISTRICT COURT REPORTER **** A PELRSON WHO IS RECEIVING BENEFITS FROM A COUNTY RETIREMENT SYSTEM (INCLUDING A RETIRED COUNTY OFFICER, SUCH AS A COURT REPORTER) MAY LAWFULLY BE EMPLOYED AS A COURT REPORTER BY THE STATE TO SERVE IN COURTS PROVIDED FOR BY NEW ARTICLE VII OF THE OKLAHOMA CONSTITUTION. CITE: ARTICLE VII, 20 O.S. 1968 Supp., 106.1 [20-106.1], 74 O.S. 1968 Supp., 901 [74-901] 51 O.S. 1961 6 [51-6] (HUGH COLLUM)